BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THAI CHENG** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No. CIV-07-2570 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to May 5, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through April of 2009.

/ / / /

/ / / /

/ / / /

1

Dated: February 17, 2009    */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: February 17, 2009    Lawrence G. Brown

Acting United States Attorney

*/s/ Leo R. Montenegro*
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 19, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2