1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 THAI CHENG,                    ) Case No. 2:07-cv-02570-CMK
          Plaintiff,              )
11                                )
      vs.                         )
12                                ) STIPULATION AND ORDER FOR
   MICHAEL J. ASTRUE,             ) EXTENSION OF TIME
13 Commissioner of Social         )
   Security,                      )
14                                )
          Defendant.              )
15                                )
                                  )
16 _____ )

17      The parties hereby stipulate by counsel, with the Court's
18 approval as indicated by issuance of the attached Order, that the
19 defendant Commissioner of Social Security shall have a **FIRST**
20 extension of time of 30 days to respond to Plaintiff's motion for
21 summary judgment [Docket No. 16].  This case has been assigned to
22 a new Assistant Regional Counsel and requires additional review.
23 The current due date was June 5, 2009.  The new due date will be
24 July 5, 2009.
25      The parties further stipulate that the Court's Scheduling
26 Order shall be modified accordingly.
27
28

```
DATE:   6/8/09                /s/ Bess M. Brewer (as authorized
                              by e-mail June 8, 2009)
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


DATE:   6/9/09                LAWRENCE G. BROWN
                              Acting United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX

                         By:  /s/ Leo R. Montenegro
                              LEO R. MONTENEGRO
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED: June 10, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE